David Joseph Sutton
Deputy Federal Public Defender (Bar No. 257630)
321 E. 2nd St.
Los Angeles, CA 90012
213-894-7568; david_sutton@fd.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-CR 00031-FLA |
| v. | |
| FRANK HAROLD ROSENTHAL | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. EX PARTE APPLICATION TO FILE DOCUMENTS IN CAMERA; DECLARATION OF COUNSEL
IN CAMERA
2. [PROPOSED] ORDER TO FILE DOCUMENTS IN CAMERA
IN CAMERA
3. FINANCIAL AFFIDAVIT IN SUPPORT OF EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL
IN CAMERA

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 12, 2021                                              /s/ David Joseph Sutton
Date                                                        Attorney Name
                                                            FRANK HAROLD ROSENTHAL
                                                            Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                  **NOTICE OF MANUAL FILING OR LODGING**